**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TOVAL CORONA JUAN,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-3329-RFB-DJA

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Toval Corona Juan, has another habeas proceeding pending in this District: Toval Corona Juan v. DHS, No. 2:26-CV-03294-RFB-BNW.

Accordingly, **IT IS HEREBY ORDERED** that, on or before October 26, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Toval Corona Juan v. DHS, No. 2:26-CV-03294-RFB-BNW.

**DATED:** October 15, 2026.

/s/ Richard F. Boulware II
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**